**Clifford F. GURNEY, et al., petitioners,
v. UNITED STATES.
No. 97-1440.**

Supreme Court of the United States

June 26, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.